# FORM FOR USE IN APPLICATIONS

## FOR HABEAS CORPUS UNDER 28 U.S.C. § 2254

_Wallace Rivers_    2007 OCT -4  A 10: 08

Name

_106459_        DEBRA P. HACKETT, CLK
                U.S. DISTRICT COURT
Prison Number        MIDDLE DISTRICT ALA

_Holman 3700_

_Atmore, Al. 36503 - 3700_

Place of Confinement

United States District Court ___Middle___ District of ___Alabama___

Case No. ___1:07-CV- 894-MEF___

(To be supplied by Clerk of U. S. District Court)

___Wallace Rivers_____, PETITIONER

(Full Name)   (Include name under which you were convicted)

___Grantt Culliver_____, RESPONDENT

(Name of Warden, Superintendent, Jailor, or authorized person
having custody of Petitioner)

and

THE ATTORNEY GENERAL OF THE STATE OF ___Troy King___

_____, ADDITIONAL RESPONDENT.

(if petitioner is attacking a judgement which imposed a sentence to be
served in the future, petitioner must fill in the name of the state where the
judgment was entered.  If petitioner has a sentence to be served in the future
under a federal judgment which he wishes to attack, he should file a motion
under 28 U.S.C. §2255, in the federal court which entered the judgment.)

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the
petitioner under penalty of perjury.  Any false statement of a material fact
may serve as the basis for prosecution and conviction for perjury. All
questions must be answered concisely in the proper space on the form.

N955

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8½ x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8½ x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed in forma pauperis, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition if fully completed, the original and two copies * must be mailed to the Clerk of the United States District Court whose address is:

P.O. Box 711
Montgomery, Alabama 36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

**\*If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.**

PETITION

1. Name and location of court which entered the judgment of conviction under attack Houston County Circuit Court Dothan, Al,

2. Date of judgment of conviction Dec. 15, 1980

3. Length of sentence Life Without Sentencing Judge Judge White

4. Nature of offense or offenses for which you were convicted: _____
_____ Murder (1 count) _____
_____
_____

5. What was your plea?  (check one)
(a) Not guilty  (X)
(b) Guilty  (  )
(c) Nolo contendere  (  )
If you entered a guilty plea to one count or indictment, and a not guilty
plea to another count or indictment, give details: _____ N | A _____
_____
_____

6. Kind of trial:    (Check one)
(a) Jury  (X)
(b) Judge only  (  )

7. Did you testify at the trial?  Yes (  )    No (  )

8. Did you appeal from the judgment of conviction?    Yes (X)    No (  )

9. If you did appeal, answer the following:
(a) Name of court ____ Alabama Court of Criminal Appeals
(b) Result ____ Affirmed
(c) Date of result ____ March 2, 1982 _____
If you filed a second appeal or filed a petition for certeorari in the Supreme
Court, give details: _____
_____
_____

10. Other than a direct appeal from the judgment of conviction and sentence,
have you previously filed any petitions, applications, or motions with respect
to this judgment in any court, state or federal?  Yes (X)    No (  )

11. If your answer to 10 was "yes", give the following information:
(a) (1) Name of court ____ Houston County Circuit Court
(2) Nature of proceeding ____ Rule 32 _____

(3) Grounds raised ____ The Sentence Imposed
____ Is Illegal Based on an Impart-
____ ial and bias Trial Judge
_____
_____
_____

(4) Did you receive an evidentiary hearing on your petition, application
or motion?  Yes (  )    No (X)
(5) Result ____ denied _____
(6) Date of result ____ February 12, 2007

(b) As to any second petition, application or motion give the same information:

   (1) Name of court _____ N/A _____

   (2) Nature of proceeding _____ N/A _____

   (3) Grounds raised _____

_____

_____

_____

_____

_____

_____

   (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No ( )

   (5) Result _____

   (6) Date of result _____

(c) As to any third petition, application or motion, give the same information:

   (1) Name of Court _____

   (2) Nature of proceeding _____ N/A _____

   (3) Grounds raised _____

_____

_____

_____

_____

_____

   (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( )   No ( )

   (5) Result _____

   (6) Date of result _____

(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:

   (1) First petition, etc.          Yes (X)    No ( )

   (2) Second petition, etc.       Yes ( )    No ( )

   (3) Third petition, etc.        Yes ( )    No ( )

(e) If you did <u>not</u> appeal from the adverse action on any petition, application or motion, explain briefly why you did not: ____ N/A ____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully.  Summarize <u>briefly</u> the <u>facts</u> supporting each ground.

> CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court.  As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief.  If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings.  Each statement preceded by a letter constitutes a separate ground for possible relief.  You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them.  However, <u>you should raise in this petition all available grounds</u> (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose.  Do not check any of the grounds listed below.  The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest, [where the state has not provided a full and fair hearing on the merits of the Fourth Amendment claim].

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: Petitioner's conviction And Sentence violated his Rights under the 8th And 14th

Supporting FACTS (tell your story briefly without citing cases or law): Amendment to the United States constitution because it was Rendered by A bias And partial Trial Judge.

See Attachments

B. Ground two: N/A

Supporting FACTS (tell your story briefly without citing cases or law):

C. Ground three: N/A

Supporting FACTS (tell your story briefly without citing cases or law):

D.  Ground four: _____

Supporting FACTS   (tell your story briefly without citing cases or law): _

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented
    in any other court, state or federal state briefly what grounds were not so
    presented, and give your reasons for not presenting them: _____

    _____ N/A _____
    _____
    _____
    _____
    _____
    _____
    _____

14. Do you have any petition or appeal now pending in any court, wither state
    or federal, as to the judgment under attack?    Yes ( )  No (X)

15. Give the name and address, if known, of each attorney who represented
    you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing _____
    _____

    (b) At arraignment and plea _____
    _____

    (c) At trial _____
    _____

    (d) At sentencing _____
    _____

    (e) On appeal _____
    _____

(f)  In any post-conviction proceeding _____ PRO SE _____

(g)  On appeal from any adverse ruling in a post-conviction proceeding: _____
_____ PRO SE _____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )    No (X)

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )    No (X)

(a)  If so, give name and location of court which imposed sentence to be served in the future: _____ N|A _____

(b)  And give date and length of sentence to be served in the future: N|A

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )    No (X)

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on _____ 9-28-07 _____.
(date)

X Wallace Riddle
Signature of Petitioner

ATTACHMENT TO  § 2254 PETITION

Ground one: THE SENTENCE IMPOSED EXCEEDS THE MAXIMUM AUTHORIZED
BY LAW IN VIOLATION OF PETITIONERS EIGHT AND FOURTEENTH AMENDMENT
RIGHTS.

Supporting Facts:
On December 16, 1980. Petitioner was found guilty of Murder,
and On January 13, 1981, during the sentencing hearing The State
of Alabama sought to sentence petitioner under Alabama Habitual
Offender Act. See §13A-5-9 Ala.Code 1975.

The state attempted to introduce three (3) alleged prior Felony
Convictions for purpose of enhancement. At that time petitioner
objected to the admittance of the prior convictions on the ground
that the proper foundation had not been laid and the prior
conviction had not been shown to be the petitioners.

In response to the petitioner's objections, the trial judge
presiding over the proceeding, rather than the state, testified
as follows:

" YOU DON"T HAVE TO, BECAUSE I KNOW IT IS THE SAME ONE, I WAS
THE DISTRICT ATTORNEY WHEN BOTH OF THOSE SENTENCES WERE HANDED
DOWN, AND I KNOW IT IS THE SAME WALLACE RIVERS."

Petitioner avers that Judge White actions were inconsistent
with Due Process and demonstarated Impartially and Bias in
testifying at the proceeding in which he was presiding.

The Alabama Habitual Offender Act is not Self-executing. The
State of Alabama has the burden of proving that a defendant
has been previously convicted of a felony before a judge can
sentence a petitioner under The Habitual Offender Act.

In this case, Judge White relieved the State of Aalabama of it's burden, and allowed The Documents to be admitted and sentenced the petitioner to Life-Without Parole.

Petitioner avers under facts of his case, Judge White should have disqualified himself from the proceeding as his partiality was apparent.

Petitioner avers that he is actually innocent of The Life With-out Parole Sentence, because The State never prove that petitioner had been previously convicted of the reqired felonies.

A defendant tried by a partial trial Judge is due to have his conviction set aside. See TUMEY V OHIO, 273 U.S. 510 (1927)


X Wallace Rivers
WALLACE RIVERS
AIS# 106459
Holman Unit 3700
Atmore, Al. 36503-3700



Wallace Rivers
#141 064959 A
NO/Mail Unit
Atmore, Al.
36503-3700

OCT 2
2007

$ 00.75
USA First-Class

Legal Mail

This correspondence is forwarded from an Alabama
State Prison. The contents have not been evaluated,
and the Alabama Department of Corrections is not
responsible for the substance or content of the
enclosed communication.

OFFICE OF THE Clerk
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Al.
36101