IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WALLACE RIVERS, #106 459, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:07-CV-894-MEF |
| ) | [WO] |
| ) | |
| GRANT CULLIVER, WARDEN, ) | |
| *et al.,* ) | |
| ) | |
| Respondents. ) | |

# **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. #4) filed herein on October 9, 2007, and upon an independent review of the file in this case, said Recommendation is hereby ADOPTED, and it is the

ORDER, JUDGMENT and DECREE of the court that:

The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Wallace Rivers on October 4, 2007 be DISMISSED due to lack of jurisdiction.

Done this 31st day of October, 2007.

                                           /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE